

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-12-00628-CV

Luis A. **URIBE**,
Appellant

v.

Sara Rodriguez **URIBE**,
Appellee

From the County Court at Law No. 1, Webb County, Texas
Trial Court No. 2004CVG001255 C1
Honorable Alvino (Ben) Morales, Judge Presiding

PER CURIAM

Sitting:   Rebeca C. Martinez, Justice
           Patricia O. Alvarez, Justice
           Luz Elena D. Chapa, Justice

Delivered and Filed:  June 19, 2013

DISMISSED FOR LACK OF JURISDICTION

Appellant attempts to appeal from a final judgment signed on November 13, 2008.  The notice of appeal, however, was not filed until September 19, 2012, well after the prescribed time limit for perfecting appeal.  *See* TEX. R. APP. P. 26.1.  "[O]nce the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction."  *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26); *In re Estate of Padilla*, 103 S.W.3d 563, 567 (Tex. App.—San Antonio 2003, no pet.); *Grondoma v. Sutton*, 991 S.W.2d 90, 93 (Tex. App.—Austin 1998, pet. denied).

Accordingly, on May 24, 2013, we ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction.  Appellant did not respond.  We, therefore, dismiss the appeal for lack of jurisdiction.  *See* TEX. R. APP. P. 42.3(a).

PER CURIAM